1   BARRY J. PORTMAN
    Federal Public Defender
2   VARELL L. FULLER
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant CRUZ

6

7

        IN THE UNITED STATES DISTRICT COURT
8

      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

            SAN JOSE DIVISION
10

11   UNITED STATES OF AMERICA,   )   No. CR 10-00625 JF
                          )
12           Plaintiff,   )   STIPULATION AND [PROPOSED]
                          )   ORDER CONTINUING HEARING DATE
13   vs.                   )   AND EXCLUDING TIME UNDER THE
                          )   SPEEDY TRIAL ACT
14   JUAN CARLOS CRUZ,         )
                          )
15           Defendant.   )
    _____)
16

17                  **STIPULATION**

18        Defendant Juan Carlos Cruz, by and through Assistant Federal Public Defender Varell L.

19   Fuller, and the United States, by and through Assistant United States Attorney Allison Danner,

20   hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday,

21   November 18, 2010, at 9:00 a.m., shall be continued to Thursday, January 20, 2011, at 9:00 a.m.

22        The reason for the requested continuance is to permit defense counsel additional time to

23   review and have translated the audio recordings provided in discovery in this matter, and to

24   conduct an evidence view and further defense investigation.

25        The parties agree that the time between November 18, 2010, and January 20, 2011, is

26   excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective

1   preparation by defense counsel.

2   Dated:  November 17, 2010

3                                                    _____/s/_____
                                                     VARELL L. FULLER
4                                                    Assistant Federal Public Defender

5   Dated  November 17, 2010            _____/s/_____
6                                                    ALLISON DANNER
                                                     Assistant United States Attorney

7
                                  [PROPOSED] ORDER
8
9           GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

10  ORDERED that the hearing currently set for Thursday, November 18, 2010, shall be continued

11  to Thursday, January 20, 2011, at 9:00 a.m.

12          THE COURT FINDS that failing to exclude the time between November 18, 2010, and

13  January 20, 2011, would unreasonably deny defense counsel reasonable time necessary for

14  effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §

    3161(h)(7)(B)(iv).
15
16          THE COURT FURTHER FINDS that the ends of justice served by excluding the time

17  between November 18, 2010, and January 20, 2011, from computation under the Speedy Trial

18  Act outweigh the interests of the public and the defendant in a speedy trial.

19          THEREFORE, IT IS HEREBY ORDERED that the time between November 18, 2010,

20  and January 20, 2011, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C.

21  § 3161(h)(7)(A) and (B)(iv).

22          IT IS SO ORDERED.

23  Dated:  11/18/10                       _____
24                                                    THE HONORABLE JEREMY FOGEL
                                                     United States District Judge
25

26