1 | BARRY J. PORTMAN
Federal Public Defender
2 | VARELL L. FULLER
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 | Telephone: (408) 291-7753

5 | Counsel for Defendant CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00625 JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) | |
| JUAN CARLOS CRUZ, | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant Juan Carlos Cruz, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Allison Danner, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday, January 20, 2011, at 9:00 a.m., shall be continued to Thursday, March 3, 2011, at 9:00 a.m.

The reason for the requested continuance is defense counsel's effective preparation and Mr. Cruz-Botello's unavailability. On the morning of November 19, 2010, Mr. Cruz-Botello's Santa Rosa home was burglarized, and Mr. Cruz-Botello, who was home at the time, was bound and shot in the stomach by one of his assailants. Mr. Cruz-Botello survived and was subsequently hospitalized for his injuries, and he has since been released. He is still recovering

Stipulation and [Proposed] Order Continuing
Hearing                                         1

from the incident, and Mr. Cruz-Botello's doctor has advised him to rest until March 1, 2011, to further his recovery.  He is therefore unavailable to attend the status hearing currently set in this matter for January 20, 2011.  Additionally, defense counsel's investigation and review of the discovery provided remains on-going.

The parties agree that the time between January 20, 2011, and March 3, 2011, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel, and 18 U.S.C. § 3161(h)(3)(A), based on the defendant's unavailability.

Dated:  January 18, 2011

                                                                                            /s/  
                                                              VARELL L. FULLER  
                                                              Assistant Federal Public Defender

Dated:  January 18, 2011                    /s/  
                                                              ALLISON DANNER  
                                                              Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Thursday, January 20, 2011, shall be continued to Thursday, March 3, 2011, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between January 20, 2011, and March 3, 2011, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between January 20, 2011 and March 3, 2011 ~~November 18, 2010, and January 20, 2011~~, from computation under the Speedy Trial Act

1  outweigh the interests of the public and the defendant in a speedy trial.

2        THE COURT FURTHER FINDS and excludes time from computation under the Speedy

3  Trial Act based on the defendant's unavailability.  *See* 18 U.S.C. § 3161(h)(3)(A).

4        THEREFORE, IT IS HEREBY ORDERED that the time between January, 20, 2011, and

5  March 3, 2011, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

6  3161(h)(7)(A) and (B)(iv).

7        IT IS SO ORDERED.

8  Dated: 1/19/11

9  _____
    THE HONORABLE JEREMY FOGEL
    United States District Judge